UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**El Shanzu Cazu Bey**

     **Petitioner,**

v.                Case No: 6:18-mc-37-Orl-41KRS

**US SECRETARY OF STATE and
SECRETARY OF DEPARTMENT OF
HOMELAND SECURITY,**

     **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner's filings entitled "Emergency Diplomatic Relations" ("Petition," Doc. 1) and "Memorandum to Waive all United States Municipal Court Document Fees" ("Motion," Doc. 2). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 3). Therein, Judge Spaulding construes the Motion as a motion to proceed *in forma pauperis* and recommends that the Court dismiss this case and direct the Clerk to terminate the Motion and close this case because the Petition fails to state a claim or allege that this Court has subject matter jurisdiction over this case. (*Id.* at 2–3). Judge Spaulding further explains that because the Petition is frivolous, Petitioner should not be given leave to amend. (*Id.* at 2).

Petitioner filed an Objection to the Report and Recommendation (Doc. 4). However, Petitioner's Objection fails to address any of the insufficiencies articulated in the Report and Recommendation. Instead, it advocates for Judge Spaudling and the undersigned to recuse themselves. Accordingly, after a *de novo* review of the record in this matter, the Court agrees

entirely with the analysis set forth in the Report and Recommendation. It is therefore **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED with prejudice**.

3. The Clerk is directed to terminate the "Memorandum to Waive all United States Municipal Court Document Fees" (Doc. 2); thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party